**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Albert C. Burgess, Jr.,

Petitioner,

v.

**ORDER ADOPTING REPORT AND RECOMMENDATION**
Civil File No. 26-cv-2349 (MJD/DJF)

Warden, FCI Rochester,
United States of America,

Respondents.

---

Albert C. Burgess, Jr., Petitioner, pro se.

David W. Fuller, Perry Sekus, Assistant United States Attorneys, Counsel for Respondents.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Dulce J. Foster filed April 28, 2026. [Doc. 4.] Petitioner filed objections to the Report and Recommendation. [Doc. 7.] Before the time for the Government to respond to Petitioner's objections had elapsed, Petitioner filed an interlocutory appeal to the Eighth Circuit, stripping this Court of jurisdiction. The Eighth Circuit issued its judgment and mandate on September 25, 2026 and the case is now ripe for consideration.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Foster.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner's objections to the Report and Recommendation **[Doc. 7]** are **OVERRULED** and the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Dulce J. Foster filed April 28, 2026 **[Doc. 4]**.

1. Petitioner's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DENIED**;
2. Petitioner's Application to Proceed in District Court without paying fees **[Doc. 5]** is **DENIED as moot**; and
3. This matter is **DISMISSED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 2, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court